## STATE v. MELVIN DEAN PICKARD

(Filed 11 December, 1957)

APPEAL by defendant from *Sink, E., J.,* at March 18, 1957, Criminal Term of DURHAM.

Criminal prosecution upon warrant issued out of Recorder's Court in city of Durham charging that Melvin Dean Pickard on or about 13th day of January, 1957, within Durham County, did willfully, maliciously and unlawfully drive a motorcycle on the public streets of the city or on the public highways of the county, at a greater rate of speed than allowed by law "100 MPH Duke Homestead Rd." etc.

In the Recorder's Court defendant was adjudged guilty, and fined, from which he appealed to Superior Court, wherein the jury returned a verdict of guilty. Whereupon the court ordered (1) that defendant be confined in the common jail of Durham County for a period of sixty days to be assigned to work the public roads under the direction of the State Highway and Public Works Commission, and (2) that he pay a fine of $100.00 plus cost of the court.

Defendant appeals therefrom to Supreme Court, and assigns error.

*Attorney General Patton, Assistant Attorney General Kenneth Wooten, Jr. for the State.*
*Arthur Vann for defendant appellant.*

PER CURIAM. Careful consideration of the record and case on appeal in the light of each and all of the twenty-four assignments of error presented on the appeal fails to reveal error prejudicial to defendant. The evidence is brief, and the charge clear and explicit.

Hence in the judgment from which appeal is taken there is
No error.